STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    FAX: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BIN HUANG,<br><br>            Plaintiff,<br><br>   v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>            Defendants. | C 4:22-cv-01037 HSG<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANTS MUST FILE A RESPONSE AND ORDER** |

      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate to a 30-day extension of time within which the Defendants must serve the answer or otherwise respond in the above-entitled action. Defendants will file their response on or before June 13, 2022.

      The parties further request a corresponding extension on the deadline for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order. Currently, if Plaintiff has not filed a motion for summary judgment by 90 days after the Complaint was filed, or May 19, 2022, Defendants must file a motion for summary judgment by 120 days after the Complaint was served, or July 12, 2022. In light of the agreed-upon extension for Defendants' response to the Complaint, the parties request that, if Plaintiff has not filed a motion for summary judgment by July 13,

Stip to Extend Time
C 4:22-cv-01037 HSG

2022, Defendants must file their motion for summary judgment by August 12, 2022.  In accordance with Civil Local Rule 5(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: May 12, 2022                             Respectfully submitted,

                                                  STEPHANIE M. HINDS
                                                  United States Attorney

                                                  */s/ Elizabeth D. Kurlan*
                                                  ELIZABETH D. KURLAN
                                                  Assistant United States Attorney
                                                  Attorneys for Defendants

Dated: May 12, 2022

                                                 */s/ Brooke A. Pyo*
                                                  BROOKE A. PYO
                                                  CARL W. HAMPE
                                                  DANIEL P. PIERCE
                                                  Fragomen, Del Rey, Bernsen & Loewy, LLP

                                                  Attorneys for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.  Defendants' response to the Complaint is due by June 13, 2022, and Defendants must file its motion for summary judgment by August 12, 2022.

IT IS SO ORDERED.

Date:  5/13/2022

                                                  HAYWOOD S. GILLIAM, JR.
                                                  United States District Court Judge